FILED

07/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0331

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. OP 23-0331

MATTHEW MONFORTON,

      Petitioner,

v.

AUSTIN KNUDSEN, in his official capacity as
Attorney General; CHRISTI JACOBSEN,
in her official capacity as Secretary of State,

      Respondents.

## ORDER GRANTING PETITIONER LEAVE TO FILE REPLY

Original Proceeding Arising Under Mont. Code Ann. § 13-27-316(1)

Upon consideration of the Motion of Petitioner for leave to file a reply in support of his Petition,

IT IS ORDERED that the motion to file a reply is GRANTED.

IT IS FURTHER ORDERED that the Reply shall be filed and served by July 26, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2023